AO 450(Rev. 5/85)Judgment in a Civil Case



# United States District Court
## Northern District of Illinois
### Eastern Division

Joseph Paradiso                            **JUDGMENT IN A CIVIL CASE**

        v.                                          Case Number: 07 C 4247

James Obaldo, James Prerost

- ☒ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

- ☐ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff and against defendant Obaldo on false arrest, excessive force, and malicious prosecution claims, and against defendant Prerost on excessive force claim. Judgment is entered in favor of defendant Obaldo and against plaintiff Paradiso on equal protection claim, and in favor of defendants Obaldo and Prerost and against plaintiff Paradiso on intentional infliction of emotional distress claim. Plaintiff is awarded compensatory damages of $100,000 on its false arrest claim, $200,000 on its excessive force claim, and $100,000 on its malicious prosecution claim.

                                                              Michael W. Dobbins, Clerk of Court

Date: 11/24/2009

                                                              /s/ Robbie Hunt, Deputy Clerk