**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JOSEPH PARADISO, | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 4247 |
| | ) | |
| v. | ) | |
| | ) | |
| CHICAGO POLICE OFFICER | ) | Judge Manning |
| JAMES J. OBALDO, STAR NO. 12267 | ) | |
| and CHICAGO POLICE OFFICER | ) | |
| JAMES PREROST, STAR NO. 11752, | ) | |
| | ) | |
| Defendants. | ) | |

## AGREED ORDER

This matter coming before the Court on the issue of the total amount of attorneys' fees and costs to be awarded to Plaintiff, pursuant to agreement between the parties, and the respective parties being represented by counsel, Plaintiff, Joseph Paradiso, by one of his attorneys, Jeffrey J. Neslund, and the City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel for the City of Chicago, and Defendants James Obaldo and James Prerost, by one of their attorneys, Kathryn M. Doi, Assistant Corporation Counsel, all other matters and issues having been fully resolved by the parties, the Court being fully advised in the premises finds the sum of $330,000.00 to be fair and reasonable with regards to the total amount of attorneys' fees and costs to be awarded to Plaintiff, and hereby enters judgment as follows:

Judgment is entered in the amount of $330,000.00 for attorneys' fees and costs in favor of the plaintiff and against the City of Chicago, this amount to be paid within 60 days of entry of this order.

ENTER: _____
BLANCHE M. MANNING
U.S. DISTRICT COURT JUDGE

Dated: March 24, 2010